## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**MAMMOTH ENERGY SERVICES, INC., COBRA ENERGY LLC, COBRA ACQUISITIONS LLC, AND HIGHER POWER ELECTRICAL, LLC**

               *Petitioners*,

    **v.**

**JOHN MENDEZ**

               *Respondent*.

**CASE NO.:  3:24-cv-1407**

### PETITIONERS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Petitioner Higher Power Electrical LLC certifies that it is a wholly owned subsidiary of Petitioner Cobra Energy, which certifies that it is a wholly owned subsidiary of Mammoth Energy Partners LLC, which is a wholly owned subsidiary of Petitioner Mammoth Energy Services, Inc.

Petitioner Cobra Acquisitions LLC certifies that it is a wholly owned subsidiary of Mammoth Energy Partners LLC, which is a wholly owned subsidiary of Petitioner Mammoth Energy Services, Inc.

Mammoth Energy Services, Inc. has issued shares to the public.  No other affiliate of Petitioners has issued shares to the public.

Dated: September 8, 2024

               Respectfully submitted,

               **PIETRANTONI MÉNDEZ & ALVAREZ LLC**

               */s/ José F. Benítez-Mier*
               José F. Benítez-Mier

USDC-PR NO. 212507
Pietrantoni Méndez & Alvarez LLC
Popular Center 19th Floor
208 Ponce de Léon Ave.
San Juan, P.R. 00918-1010
Telephone:  787-274-4938
Facsimile:  787-274-1470
E-Mail:  jbenitez@pmalaw.com

**BRACEWELL LLP**

 */s/ Brian G. Patterson*
Brian G. Patterson (*pro hac vice*)
BRACEWELL LLP
711 Louisiana Street, Ste. 2300
Houston, Texas 77002
Telephone: (713) 221-1209
Facsimile: (800) 404-3970
Email: brian.patterson@bracewell.com

*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

    I certify that I filed the foregoing document in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the District of Puerto Rico on September 8, 2024, and will be served upon the following counsel for Respondent by mail and/or as otherwise allowed by the rules:

**BECKER & VISSEPO, PSC**

Jane Becker Whitaker
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel. (787) 945-2406
E-mail: jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

Jean Paul Vissepó Garriga
USDC No. 221504
PO Box 367116

San Juan, PR 00936-7116
Tel. (787) 633-9601
E-mail: jpv@beckerviseppo.com
jp@vissepolaw.com

**MORGAN & MORGAN, P.A.**

Paul M. Botros, Esq. (*pro hac vice*)
Andrew R. Frisch, Esq. (*pro hac vice*)
pbotros@forthepeople.com
afrisch@forthepeople.com
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel: (954) 318-0268
Fax: (954)327-3017

**Counsel for Respondent**